IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JIMMY LEE WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:16cv823-MHT |
| ) | (WO) |
| JUDGE GREG GRIFFIN, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that his constitutional rights were violated when Judicial Inquiry Commission officials refused to refer his claims against a judge to the Court of the Judiciary for action; when employees of the Alabama State Bar Association refused to take formal action against two attorneys against whom he had submitted bar complaints; and by the actions of Judge Greg Griffin in a civil case filed against these employees of the Alabama State Bar Association.  This lawsuit is now before the court

on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of December, 2016.

                                         /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**