IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JIMMY LEE WATKINS,              )<br>                                 )<br>     Plaintiff,                  )<br>                                 )<br>     v.                          )<br>                                 )<br>JUDGE GREG GRIFFIN, et           )<br>al.,                             )<br>                                 )<br>                                 )<br>     Defendants.                 ) | CIVIL ACTION NO.<br>2:16cv823-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) The plaintiff's claims for monetary damages against defendants Greg Griffin, Billy Bedsole, Chandra Brown, J. Anthony McClain, John Ellison Vickers, C. Wright and C. Mott are dismissed with prejudice.

(3) The plaintiff's claims which go to the fundamental legality of his conviction for first degree robbery are dismissed without prejudice.

(4) Any remaining claims are dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of December, 2016.

                         /s/ Myron H. Thompson
                       **UNITED STATES DISTRICT JUDGE**